```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
CARLOS DUARTEZ and JUAN LOZANO VERA,                               :
                                                                   :
                        Plaintiffs,                                :
                                                                   :
        -v-                                                        :
                                                                   :
520 FEE OWNER 2 LLC and SUFFOLK                                    :
CONSTRUCTIONS COMPANY, INC.,                                       :
                                                                   :
                        Defendants.                                :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2024

23-cv-3447 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On February 27, 2024, Defendants filed a motion to compel discovery from Plaintiffs. Dkt. No. 40. That motion is unopposed. Accordingly, the Court GRANTS the motion in its entirety. *See Koninklijke Philips N.V. v. iGuzzini Lighting USA, Ltd.*, 2016 WL 1128295, at *1 (S.D.N.Y. Jan. 19, 2016); *Gesualdi v. Interstate Payroll Co., Inc.*, 2016 WL 737909, at *1 (E.D.N.Y. Feb. 22, 2016). Plaintiffs shall produce the information and documents identified in Defendants' motion by March 11, 2024.

The Clerk of Court is respectfully directed to close Dkt. No. 40.

SO ORDERED.

Dated: March 4, 2024
       New York, New York
                                           _____
                                                   LEWIS J. LIMAN
                                                   United States District Judge